UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**John DeBarros**
932 Lenora Drive NW
Kennesaw, GA 30152

**xxx−xx−4536**

Case No.: **16−65095−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE
AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:   February 13, 2019
Form 183